## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **DERRICK WOODS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION NO. 09-00545-KD-M** |
| ) | |
| **WARDEN JERRY FERRELL,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that this action be and is hereby

**DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **12th** day of **November 2009.**

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**